# * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

## JUDGMENT IN A CIVIL CASE

**DOCKET NO.** 5:12-cv-1727 (GLS)

ANGELA M. UMSTEAD,
o/b/o S.D.W.

v.

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security**

|  | |
|---|---|
|  | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that the decision of the Commissioner is AFFIRMED and Umstead's complaint (Dkt. No. 1) is DISMISSED, in accordance with the Memorandum-Decision and Order signed by Chief Judge Gary L. Sharpe on May 22, 2014.**

May 22, 2014　　　　　　　　　　　　　　**LAWRENCE K. BAERMAN**
　　　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　　　BY:　S/ John E. Law
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK
　　　　　　　　　　　　　　　　　　　　　　John Law